James Riddle sworn. The price of wheat is from 12/6 to 13/2. I have sold three hundred bushels of wheat I believe at 13/. Good merchantable wheat is worth 13/ if it weighs sixty pounds per bushel. Valuation for 4577 bushels of such wheat:

$$[Since] \quad \tfrac{1}{6} = \quad 762$$
$$[Therefore] \quad \tfrac{5}{6} = \quad 3814$$

$$\tfrac{1}{2} \ [of\ 3814] = \quad 1907$$
[With] interest at 6% [for] eighteen years = 2160

We claim = 4067½ bushels
at 13 shillings per bushel.

The jury in this case return inquisition:

For  damages  – – – – – – – – – – – – – – £2643.17.6
Costs  – – – – – – – – – – – – – – – – –   10.0 .6

Amount  – – – – – – – – – – – – – – – 2653.18.0
First action – – – – – – – – – – – – – – –   288.14.4

£2942.12.4

Order granted for the sale of the whole of Solomon Maxwell's real estate. List of debts:

Returned by Cooper, Daken, and Nevin, administrators  15,000
Debt *sperate* and *desperate* returned – – – – – – –   5,000

Deficiency  – – – – – – – – – – – – – –  10,000

## STATE v. LEVIN HILL, and fourteen or fifteen others.

Court of Quarter Sessions. Sussex. April 27, 1799.

*Rodney's Notes.**

* This case is also reported in *Bayard's Notebook, 246; Wilson's Red Book,* .237.

*Wilson* for defendants. It was contended in the former argument every indictment was several. I say an indictment may be joint, several, or joint and several. 4 Com.Dig. 391, Str. 921, indictment will not lie against several for some crimes, as perjury etc.

*Bayard* for State. Judgment of the Court is that each defendant shall pay fifteen dollars and the "costs of this prosecution" and that each party shall pay separate costs as well as separate fines. Therefore the question is concluded by the judgment. The offense and punishment especially are several. Where a number collect to commit an offense, the crime is greater than if an individual.

*Wilson* in conclusion. The case read in circuit not law, being contradicted by Str. 921. If the bill had not been found, county must have paid separate costs. [2] Del.Laws 1108.

The Court consider that the Attorney General is entitled to separate fees.

### STATE v. WILLIAM PARRIMORE.

Court of Quarter Sessions. Sussex. April 27, 1799.

*Rodney's Notes.*

*Bayard* [for defendant].

Rebecca West. Soon after we went to bed two men came in and asked if we had any boys and laid hold of the boys. I rose up and one of them knocked me down, [and] took the boy some distance. Another man met them and helped to tie him and took him off. This was August 6, 1798. Curtis Jacobs brought him back to one of the neighbors. The boy was my son.

Joseph Prettyman. Defendant told James he had a negro boy to sell. We went to the old field, and the boy was brought to us by Levin Parrimore and one Lacey, as he said. The boy was tied, put up behind defendant, and we went with him to Jacobs and offered to sell the boy. Jacobs would not buy him, but kept the boy.